UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| YANIER ALVAREZ DIAZ, OSMANIS ALVAREZ BARZAGA, and JORGE MANZUR SANCHEZ<br><br>PLAINTIFFS<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>DEFENDANT | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:23CV-176-RGJ |

**DEFENDANT STATE FARM'S NOTICE OF REMOVAL**

\*\*\*\*\*

Comes the defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), by counsel, and pleads and states as follows:

**I.**

Plaintiffs Yanier Alvarez Diaz, Osmanis Alvarez Barzaga, and Jorge Manzur Sanchez, filed a Complaint in Jefferson Circuit Court, Kentucky, Civil Action No. 23-CI-001577, on March 10, 2023, naming State Farm as a defendant which issued an automobile insurance policy to Plaintiffs during the relevant times.

**II.**

Plaintiffs claim that they sustained bodily injuries caused by a motor vehicle accident on or about July 23, 2022 when a vehicle driven by Tiffany Brown rear-ended them. Plaintiffs allege that Ms. Brown's auto insurance policy did not provide adequate coverage for their claimed damages and filed an action against State Farm for underinsured motorist ("UIM") benefits.

Plaintiffs allege that State Farm breached the contract of insurance in failing to pay UIM benefits and entitling them to contractual benefits and compensatory damages. State Farm denies these allegations.

### III.

This is a civil action, and the amount in controversy at the time of filing, as claimed by Plaintiffs, exceeds $75,000. Plaintiffs' counsel has demanded that State Farm pay the UIM policy limits for each claimant which are a minimum of $25,000 per person, and Plaintiffs also request unspecified compensatory damages, expenses, and pre-judgment interest for State Farm's alleged breach of its duties.

### IV.

This action involves a controversy between citizens of different states, and there is complete diversity of citizenship between Plaintiffs and Defendant:

(A) Plaintiff Yanier Alvarez Diaz, at the time of the commencement of this action, is a resident of the Commonwealth of Kentucky.

(B) Plaintiff Osmanis Alvarez Barzaga, at the time of the commencement of this action, is a resident of the Commonwealth of Kentucky.

(C) Plaintiff Jorge Manzur Sanchez, at the time of the commencement of this action, is a resident of the Commonwealth of Kentucky.

(B) Defendant State Farm Mutual Automobile Insurance Company is incorporated and maintains its principal place of business in the State of Illinois, and therefore is considered a citizen of the State of Illinois pursuant to 28 U.S.C. §1332(c).

### V.

Based upon the above allegations, this action is one to which the United States District Court is given original jurisdiction under 28 U.S.C. §1332(a)(1).

## VI.

Based on the above allegations, removal of this action to the United States District Court is proper under 28 U.S.C. §1441.

## VII.

This Notice of Removal is timely filed in this Court within thirty (30) days after State Farm's receipt of Plaintiffs' Complaint.  28 U.S.C. §1446(b)(1).

## VIII.

Written notice of the filing of this Notice of Removal will be given to all adverse parties, as required by law.

## IX.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Jefferson Circuit Court, as required by law.

## X.

Filed herewith, and by reference made a part hereof, is a true and correct copy of all process, exhibits, pleadings and orders served upon Defendant and filed by Defendant in this action (attached as **Ex. A**).

**WHEREFORE**, this action is properly removed from the Circuit Court of Jefferson County, Kentucky, to this Court for all further proceedings.

> BOEHL STOPHER & GRAVES, LLP
>
> */s/ David T. Klapheke*
> David T. Klapheke (KBA # 86153)
> 400 West Market Street, Suite 2300
> Louisville, KY 40202
> Phone: (502) 589-5980
> dklapheke@bsg-law.com
> COUNSEL FOR DEFENDANT STATE
> FARM MUTUAL AUTOMOBILE
> INSURANCE COMPANY

## CERTIFICATE OF SERVICE

    I hereby certify that on April 13, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.  It is further certified that a true copy hereof was emailed to the following:

Erin Smallwood  
Alex R. White, PLLC  
904 Minoma Avenue  
Louisville, Kentucky 40217  
(502) 882-7552  
Erin@arwhitelaw.com  
COUNSEL FOR PLAINTIFF

                  */s/ David T. Klapheke*  
                  David T. Klapheke